STATE ex rel. IRVINE, Relator, v. DISTRICT COURT OF
FOURTH JUDICIAL DISTRICT in and for LAKE COUNTY,
RESPONDENT.
No. 9102.
Submitted July 18, 1951.
235 Pac. (2d).

James Hugh Irvine pro se.

PER CURIAM.

*Coram Nobis.* The petitioner James Hugh Irvine, an inmate
of the state prison having filed with the clerk of this court a
petition representing that while an Indian ward of the United
States government he was convicted in the district court of Lake
county of having committed the crime of burglary alleged to have
been committed in Indian country and challenging the jurisdic-
tion of the said state district court in seeking release on jurisdic-
tional grounds. It would appear that relator's petition should
have been filed in the office of the clerk of the district court of
Lake county at Polson, Montana and by him called to the atten-
tion of the presiding judge thereof.

Now Therefore It Is Ordered that the petitioner Irvine and
the Attorney General be informed by letter of such transfer.
See State v. Hales, 124 Mont. 614, 230 Pac. (2d) 960; State
v. Pepion (Tatsey), 125 Mont. 13, 230 Pac. (2d) 961.

It is so ordered.